# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# EASTERN DIVISION

| | |
|---|---|
| TCYK, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> DOES 1-13, <br><br> Defendants. | No. C13-1020 <br><br> ORDER DENYING SECOND MOTION FOR EXTENSION OF TIME |

This matter comes before the Court on the Second Motion for Extension of Time Limit for Service (docket number 15) filed by the Plaintiff on January 16, 2014. Plaintiff asks that the deadline for perfecting service on the Defendants be extended another two months.

On June 25, 2013, more than seven months ago, Plaintiff filed a complaint against 13 unknown defendants, claiming copyright infringement. At Plaintiff's request, the Court authorized discovery for the purpose of identifying the Defendants and perfecting service. On September 20, more than four months ago, Plaintiff asked that the deadline for perfecting service be extended to January 26, 2014. The Court granted the motion, but advised Plaintiff that "*[n]o further extensions will be granted.*" *See* Order Extending Deadline to Perfect Service (docket number 11) (emphasis in original). Now, Plaintiff asks that the deadline be extended to March 27, 2014, stating generally that "[d]espite due diligence on the part of the Plaintiff, there has been a delay in receiving the DOE defendant identification from their respective internet service providers."

The Court finds that Plaintiff has failed to show good cause for the requested extension. This case has been pending for more than seven months. The Court authorized pre-service discovery more than six months ago. Plaintiff has known for nearly four

months that no further extensions in the service deadline would be granted. Accordingly, the motion will be denied.

## ORDER

IT IS THEREFORE ORDERED that the Second Motion for Extension of Time Limit for Service (docket number 15) is **DENIED**.

DATED this 20th day of January, 2014.

JON STUART SCOLES
CHIEF MAGISTRATE JUDGE
NORTHERN DISTRICT OF IOWA