# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
### EASTERN DUBUQUE DIVISION

| | |
|---|---|
| TCYK, LLC,<br><br>Plaintiff(s)<br><br>vs.<br><br>DEFENDANT DOES 1 - 13,<br><br>Defendant(s) | **HEARING MINUTES** Sealed: No<br>Case No.: 2:13-CV-1020-EJM<br>Presiding Judge: JON S. SCOLES, Chief Magistrate Judge<br>Deputy Clerk: Paul Coberly<br>Court Reporter: -- Contract? --<br>(If yes, send copy to financial)<br>Recording: Yes Method: FTR Gold |

| Date: | 1/30/2014 | Start: | 10:11 AM | Adjourn: | 10:17 AM | Courtroom: | 3, 4th Floor |
|---|---|---|---|---|---|---|---|
| Recesses: | | -- | | Time in Chambers: | -- | Telephonic? | No |
| Appearances: | Plaintiff(s): | Jay R. Hamilton and Alex Johnson | | | | | |
| | Defendant(s): | -- | | | | | |
| | U.S. Probation: | -- | | | | | |
| | Interpreter: | -- | Language: | -- | Certified: | -- | Phone - |

**TYPE OF PROCEEDING:** IS THE HEARING  Contested? No  Continued from a previous date? No

| **MOTION:** | **A.** | Plaintiff's Motion for Leave to File Amended Complaint | # | 17 |
|---|---|---|---|---|
| | Ruling: | Denied as moot | Order to follow? | Yes |
| | **B.** | Plaintiff's Second Motion for Leave to File Amended Complaint | # | 22 |
| | Ruling: | Granted | Order to follow? | Yes |

**Witness/Exhibit List is** N/A

The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing. Pub. Admin. Order 09-AO-03-P (05/29/09), ¶ 7.

**Miscellaneous:** Discussion held regarding plaintiff's motions.