IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| TCYK, LLC,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>DOES 1-13,<br><br>　　　　Defendants. | No. C13-1020<br><br>ORDER GRANTING LEAVE TO AMEND |

On the 30th day of January 2014, this matter came on for hearing on the Motion for Leave to File an Amended Complaint (docket number 17) filed by the Plaintiff on January 21, 2014. The Plaintiff, TCYK, LLC, was represented by its attorney, Jay R. Hamilton. Prior to the hearing, however, Plaintiff filed a Second Motion for Leave to File Amended Complaint (docket number 22).[1] Accordingly, the Court finds the initial motion for leave to amend is moot, and will address Plaintiff's second motion for leave to amend.

On June 17, 2013, Plaintiff filed a complaint against 13 unknown defendants, claiming copyright infringement. Plaintiff has now identified eleven of the defendants, and seeks to amend its complaint to name those eleven defendants in the caption. The other two Doe defendants have been dismissed. (*See* docket numbers 12 and 19). The Court finds the motion should be granted.

---

[1] Earlier, Plaintiff filed a Motion for Leave to File Second Amended Complaint (docket number 20), but that motion was withdrawn when Plaintiff concluded that it was more properly described as a Second Motion to File an Amended Complaint.

## ORDER

IT IS THEREFORE ORDERED as follows:

1. Plaintiff's Motion for Leave to File an Amended Complaint (docket number 17) is **DENIED as moot**.

2. Plaintiff's Second Motion for Leave to File Amended Complaint (docket number 22) is **GRANTED**. The Clerk of Court is directed to detach and separately docket the Amended Complaint for Copyright Infringement (docket number 22-1) attached to the motion.

DATED this 30th day of January, 2014.

_____
JON STUART SCOLES
CHIEF MAGISTRATE JUDGE
NORTHERN DISTRICT OF IOWA