# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**
PAu 3-660-935

Effective date of registration:
October 17, 2012

## Title

**Title of Work:** The Company You Keep
**Nature of Work:** Motion Picture

## Completion/Publication

**Year of Completion:** 2012

## Author

- **Author:** TCYK, LLC
**Author Created:** Producer of Motion Picture
**Work made for hire:** Yes
**Domiciled in:** United States
**Anonymous:** No        **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** TCYK, LLC
6360 Deep Dell Pl, Los Angeles, CA, 90068
**Transfer Statement:** By Written Agreement

## Limitation of copyright claim

**Material excluded from this claim:** A Novel; A Screenplay
**Previously registered:** No
**Previous registration and year:** PAu 3 578-816    2011
**Basis of current registration:** This is a changed version of the work.
**New material included in claim:** Added Principal Photography, Music, Effects, Etc.

## Certification

**Name:** Nicholas Chartier
**Date:** October 17, 2012

Registration #: PAU003660935
Service Request #: 1-847741472



TCYK, LLC
662 N. Crescent Heights Blvd
Los Angeles, CA 90048

| No | IP Address | GUID | P2PClient | HitDateUTC (MM/DD/YY) | DossierNumber | Title | RightsOwner | FileName | FileHash | ISP | Region | city | District | Province |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 67.61.17.6 | 2D5554333330302D52710903E9F7CF560F27C559 | µTorrent 3.3.0 | 04/15/2013 03:44:35 AM | S0054-000004562 | The Company you keep | VOLTAGE | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Cable One | Iowa | Sioux City | Iowa Northern | Woodbury |
| 2 | 67.212.109.89 | 2D415A343930302D54723037386A6B48756D5650 | Vuze 4.9.0.0 | 04/15/2013 02:08:07 AM | S0054-000004564 | The Company you keep | VOLTAGE | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | The Municipal Communications Utility of the City o | Iowa | Cedar Falls | Iowa Northern | Black Hawk |
| 3 | 173.30.33.74 | 2D5554333233302D2170C8F00ACDF03E42619F84 | µTorrent 3.2.3 | 04/15/2013 02:00:44 AM | S0054-000004566 | The Company you keep | VOLTAGE | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Mediacom Communications | Iowa | Cresco | Iowa Northern | Howard |
| 4 | 173.20.247.20 | 2D5554333113302D1F6A3B28CF9D78EBA4EE0F8D | µTorrent 3.1.3 | 04/15/2013 01:35:53 AM | S0054-000004568 | The Company you keep | VOLTAGE | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Mediacom Communications | Iowa | Cedar Rapids | Iowa Northern | Linn |
| 5 | 50.81.93.88 | 2D5554333233302D2170724FBD1FCA8263157471 | µTorrent 3.2.3 | 04/15/2013 01:23:30 AM | S0054-000004572 | The Company you keep | VOLTAGE | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Mediacom Cable | Iowa | Cedar Rapids | Iowa Northern | Linn |
| 6 | 173.24.249.120 | 2D5554333430302D0057737C2ED260094D0937E679 | µTorrent 3.4.0 | 04/14/2013 10:37:08 PM | S0054-000004584 | The Company you keep | VOLTAGE | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Mediacom Communications | Iowa | Dubuque | Iowa Northern | Dubuque |
| 7 | 67.61.22.68 | 2D5554333232302D2B36F14B1CCCA12400CF0EF94 | µTorrent 3.2.2 | 04/14/2013 10:17:41 PM | S0054-000004588 | The Company you keep | VOLTAGE | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Cable One | Iowa | Sioux City | Iowa Northern | Woodbury |
| 8 | 207.191.221.50 | 2D415A343830302D79363152456B435479695873 | Vuze 4.8.0.0 | 04/14/2013 08:26:22 PM | S0054-000004592 | The Company you keep | VOLTAGE | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | ImOn Communications, LLC | Iowa | Cedar Rapids | Iowa Northern | Linn |
| 9 | 65.131.186.234 | 4D372B2D312D2D32628A0B39EE55F24F28D803 | BitTorrent 7.2.1 | 04/14/2013 08:19:13 PM | S0054-000004596 | The Company you keep | VOLTAGE | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | CenturyLink | Iowa | Sioux City | Iowa Northern | Woodbury |
| 10 | 207.191.204.86 | 2D415A343830302D574D42727A50364D66704775 | Vuze 4.8.0.0 | 04/14/2013 06:34:10 PM | S0054-000004598 | The Company you keep | VOLTAGE | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | ImOn Communications, LLC | Iowa | Cedar Rapids | Iowa Northern | Linn |
| 11 | 65.131.136.98 | 2D5554333330302D1673221E2EFCC2243D9A5338 | µTorrent 3.3.0 | 04/14/2013 05:50:37 PM | S0054-000004602 | The Company you keep | VOLTAGE | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | CenturyLink | Iowa | Sioux City | Iowa Northern | Woodbury |
| 12 | 97.127.191.119 | 2D5554333330302D687333FA5B962EA0DF888F65 | µTorrent 3.3.0 | 04/14/2013 05:51:33 AM | S0054-000004606 | The Company you keep | VOLTAGE | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | CenturyLink | Iowa | Cedar Rapids | Iowa Northern | Linn |
| 13 | 173.24.169.180 | 2D5554333233302D21708445764A194E91104169 | µTorrent 3.2.3 | 04/14/2013 05:32:42 AM | S0054-000004608 | The Company you keep | VOLTAGE | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Mediacom Communications | Iowa | Dubuque | Iowa Northern | Dubuque |