IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| TCYK, LLC, | ) |
| *Plaintiff,* | ) |
| v. | ) Case No.: 2:13-cv-01020 |
| TIMOTHY REXIN, BRADY HIXSON, JOSHUA DAVIDSON, JAMIE JENNINGS, JOHN FOX, MARY ELDER, ANTHONY THREATT, CHANHALA FOURNETHO, SHERYL DOONAN, PHILLIP REINERT, and TERRI EICHER. | ) |
| *Defendants.* | |

PLAINTIFF'S DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), TCYK, LLC hereby dismisses *with prejudice* its claims against Anthony Threatt in this action.

Dated: February 5, 2014          Respectfully submitted,

                         /s/ Jay R. Hamilton
                         JAY R. HAMILTON
                         CHARLES A. DAMSCHEN
                         HAMILTON IP LAW, PC
                         201 W. 2nd Street, Suite 400
                         Davenport, IA 52801
                         Tel: (563) 441-0207
                         Fax: (563) 823-4637

                         **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of Plaintiff's Dismissal with Prejudice was filed electronically on February 5, 2014. Notice of this filing will be sent to all parties by operation of the electronic filing system. Parties may access this filing through the Court's system.

    /s/ Jay R. Hamilton
One of the Attorneys for
TCYK, LLC