RECEIVED
FEB 26 2014
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA

In the United States District Court

Northern District of Iowa

Eastern Division

TCYK,

    Plaintiff,

vs.

Sheryl Doonan, et al,

    Defendants

Case No.:2:13-cv-001020

---

COMES NOW the Defendant Sheryl Doonan. in answering the allegations of the Amended Complaint for Copyright Infringement on file herein, affirms, denies and alleges as follows:

1. Answering the allegations of Paragraph 1-7 of the Complaint herein, Defendant denies for lack of knowledge.

2. Answering to Paragraph 8, Defendant denies for lack of knowledge.

3. Answering to paragraph 9, Defendant denies for lack of knowledge.

4. Answering to paragraph 10, Defendant denies for lack of knowledge.

5. Answering to paragraph 11, Defendant denies for lack of knowledge.

6. Answering to paragraph 12, Defendant denies for lack of knowledge.

7. Answering to paragraph 13, Defendant denies for lack of knowledge.

8. Answering to paragraph 14, Defendant denies.

9. Answering to paragraph 15, Defendant denies.

10. Answering to paragraph 16, Defendant denies.

11. Answering to paragraph 17, defendant denies

12. Answering to paragraph 18, defendant denies.

WHEREFORE, Defendant prays that the Plaintiffs Complaint be dismissed and that Defendant recover the costs of suit herein, and such other relief the court may deem proper.

**Defense**

Defendant answering the Complaint herein, alleges that all allegations and counts brought forth therein fails to state a claim for which relief can be granted.

Defendant reserves the right to amend any answers and defenses as information becomes available.

Dated this 22nd Day of February, 2014

Sheryl Doonan
908 Moose Drive NW
Cedar Rapids, IA 52405

I, Sheryl Doonan, defendant Pro Se, hereby certify that on February 26, 2014 I served copy of the foregoing Answer by postage-paid, regular United States mail on:

Jay R Hamilton
Hamilton IP Law, PC
201 W. 2nd Street, Suite 400
Davenport, IA 52801
Tel: (563) 441-0207

Attorney for Plaintiff