IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | | |
|---|---|---|
| TCYK, LLC, | ) | |
| *Plaintiff,* | ) ) ) | |
| v. | ) ) | Case No.: 2:13-cv-01020 |
| TIMOTHY REXIN, BRADY HIXSON, JOSHUA DAVIDSON, JAMIE JENNINGS, JOHN FOX, MARY ELDER, ANTHONY THREATT, CHANHALA FOURNETHO, SHERYL DOONAN, PHILLIP REINERT, and TERRI EICHER. | ) ) ) ) ) ) ) | |
| *Defendants.* | | |

PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE

Pursuant to Federal Rules of Civil Procedure TCYK, LLC hereby requests this Court dismiss *with prejudice* its claims against John Fox, Sheryl Doonan and Jamie Jennings in this action.

Dated: March 6, 2014　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　/s/ Jay R. Hamilton
　　　　　　　　　　　　　　　　　　　　JAY R. HAMILTON
　　　　　　　　　　　　　　　　　　　　CHARLES A. DAMSCHEN
　　　　　　　　　　　　　　　　　　　　HAMILTON IP LAW, PC
　　　　　　　　　　　　　　　　　　　　201 W. 2nd Street, Suite 400
　　　　　　　　　　　　　　　　　　　　Davenport, IA 52801
　　　　　　　　　　　　　　　　　　　　Tel: (563) 441-0207
　　　　　　　　　　　　　　　　　　　　Fax: (563) 823-4637

　　　　　　　　　　　　　　　　　　　　**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of Plaintiff's Motion to Dismiss with Prejudice was filed electronically on March 6, 2014. Notice of this filing will be sent to all parties by operation of the electronic filing system. Parties may access this filing through the Court's system.

                                          /s/ Jay R. Hamilton
                                          One of the Attorneys for
                                          TCYK, LLC