# Return of Service

## IN THE IOWA DISTRICT COURT IN AND FOR COUNTY

| | |
|---|---|
| TCYK, LLC<br>VS<br>TIMOTHY REXIN, BRADY HIXON, JOSHUA DAVIDSON, JAMIE JENNINGS, JOHN FOX, MARY ELDER, ANTHONY THREATT, CHANALA FOURNETHO, SHERYL DOONAN, PHILLIP REINERT, AND TERRY EICHER | Case Number: **C13-1020-EJM**<br>Civil Number: **14-000166**<br>Date Received: **02/14/2014** @ **13:41**<br>Date Printed: 02/18/2014 @ 9:51 |

STATE OF IOWA  }
BREMER COUNTY }

I hereby certify that I served a copy of:
**SUMMONS**

To: EICHER, TERRI at 221 N POWELL ST, DENVER, IA 50622
on 02/14/2014 @ 19:35    Type of Service: **PERSONAL**

Remarks:

Case Notes:

**Fees:**
| | |
|---|---|
| Service Fees: | 15.00 |
| Mileage: | 11.20 |
| Copies: | 0.00 |
| Return: | 0.50 |
| Total: | 26.70 |

DAN L PICKETT, SHERIFF
BREMER COUNTY

By: _[signature]_
DEPUTY MATT TIEDT

Paid By:
Date:
Check #: _attorney_

Case 2:13-cv-01020-EJM   Document 32   Filed 03/10/14   Page 1 of 1