IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | | |
|---|---|---|
| TCYK, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 2:13-cv-01020 |
| | ) | |
| TIMOTHY REXIN, BRADY HIXSON, JOSHUA DAVIDSON, JAMIE JENNINGS, JOHN FOX, MARY ELDER, ANTHONY THREATT, CHANHALA FOURNETHO, SHERYL DOONAN, PHILLIP REINERT, and TERRI EICHER. | ) ) ) ) ) ) | |
| Defendants. | | |

PLAINTIFF'S DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), TCYK, LLC hereby dismisses *without prejudice* its claims against Mary Elder in this action.

Dated: March 19, 2014       Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/ Jay R. Hamilton
　　　　　　　　　　　　　　　　　JAY R. HAMILTON
　　　　　　　　　　　　　　　　　CHARLES A. DAMSCHEN
　　　　　　　　　　　　　　　　　HAMILTON IP LAW, PC
　　　　　　　　　　　　　　　　　201 W. 2nd Street, Suite 400
　　　　　　　　　　　　　　　　　Davenport, IA 52801
　　　　　　　　　　　　　　　　　Tel: (563) 441-0207
　　　　　　　　　　　　　　　　　Fax: (563) 823-4637

　　　　　　　　　　　　　　　　　**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of Plaintiff's Dismissal without Prejudice was filed electronically on March 19, 2014. Notice of this filing will be sent to all parties by operation of the electronic filing system. Parties may access this filing through the Court's system.

          /s/ Jay R. Hamilton
One of the Attorneys for
TCYK, LLC