UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF IOWA

civil case No. 2:13-cv-001020

TCYK LLC

    Plaintiff

v.

Defendent: Phillip Reinert

## DEFENDENTS FIRST ANSWER TO PLAINTIFFS COMPLAINT

Defendent, Phillip Reinert, is identified in Plaintiffs complaint as one of the Internet Service Providers (ISP) subscribers assigned an Internet Protocol (IP) address listed on the summons. I am representing myself *pro se* in this matter before the Court. I understand that *pro se* litigants are required to follow the same rules and procedures as litigants that are represented by attorneys as seen *Nielson v. Price,* 17 F.3d 1276, 1277 (10th Cir. 1994). I will abide by these rules and procedures but I ask the Courts indulgence as I am not a lawyer.

I hereby answer the Complaint of Plaintiff A.F. Holdings LLC. as follows:

### JURISDICTION AND VENUE

1. Defendent avers that Paragraph 1 of the Complaint makes legal conclusions that do not require a response except that Defendent understands that Plaintiff is seeking relief under the Copyright Act (Title 17 U.S.C./ 101 et seq).

2. Defendent does not know if court has legal jurisdiction in Paragraph 2

3. Defendent denies the Plaintiffs allegation in Paragraph 3 because the Defendent does not have sufficient knowledge or information to form a belief about the truth of the allegations.

4.      Defendent denies the Plaintiffs allegation in Paragraph 4 because the Defendent does not have sufficient knowledge or information to form a belief about the truth of the allegations.

5.      Defendent denies the Plaintiffs allegation in Paragraph 5 because the Defendent does not have sufficient knowledge or information to form a belief about the truth of the allegations.

6.      Defendent denies the Plaintiffs allegation in Paragraph 6 because the Defendent does not have sufficient knowledge or information to form a belief about the truth of the allegations.

7.      Defendent denies the Plaintiffs allegation in Paragraph 6 because the Defendent does not have sufficient knowledge or information to form a belief about the truth of the allegations.

8.      Defendent denies the Plaintiffs allegation in Paragraph 6 because the Defendent does not have sufficient knowledge or information to form a belief about the truth of the allegations.

9.      Defendent denies the Plaintiffs allegation in Paragraph 6 because the Defendent does not have sufficient knowledge or information to form a belief about the truth of the allegations.

10.     Defendent denies the Plaintiffs allegation in Paragraph 10. Even if the IP Address in question was associated with the Wireless Firewall Router (WFR) or network located at Defendents residence, those facts still do not give rise to personal juridiction over the Defendent. An IP Address is not a person rather merely a series of numbers assigned to a computer or device (which can change every time said device is turned off and back on), which can be accessed by multiple individuals over time.   Morever an IP Address can be simulated from a seperate location by an unscrupulous individual, meaning the Plaintiffs software could inadvertantly flag an innocent IP Adress if it is being simulated or spoofed by another.

## Count 1

11.     Defendent denies the Plaintiffs allegation in Paragraph 11 because the Defendent does not have sufficient knowledge or information to form a belief about the truth of the allegations.

12. Defendent denies the Plaintiffs allegation in Paragraph 12 because the Defendent does not have sufficient knowledge or information to form a belief about the truth of the allegations.

13. Defendent denies the Plaintiffs allegation in Paragraph 13 because the Defendent does not have sufficient knowledge or information to form a belief about the truth of the allegations.

14. Defendent denies the Plaintiffs allegation in Paragraph 14 because the Defendent does not have sufficient knowledge or information to form a belief about the truth of the allegations.

15. Defendent denies the Plaintiffs allegation in Paragraph 15 because the Defendent does not have sufficient knowledge or information to form a belief about the truth of the allegations.

16. Defendent denies the Plaintiffs allegation in Paragraph 16 because the Defendent does not have sufficient knowledge or information to form a belief about the truth of the allegations.

17. Defendent denies the Plaintiffs allegation in Paragraph 17 because the Defendent does not have sufficient knowledge or information to form a belief about the truth of the allegations.

18. Defendent denies the Plaintiffs allegation in Paragraph 18 because the Defendent does not have sufficient knowledge or information to form a belief about the truth of the allegations.

## **PRAYER FOR RELIEF**

**WHEREFORE,** Defendent being having fully answered and pled to the causes of action herein, Defendent requests a jury trial on the claims herein insofar as they can be properly be heard by a jury and an order granting the following relief:

a. A judgement in favor of the Defendent denying Plaintiff's requested relief and dismissal of Plaintiff's Complaint with prejudice by this court.

DATED: *March* 26, 2014

## CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2014, I served a copy of the foregoing document via US Mail, on:

Plaintiffs Attorney: Jay R Hamilton

Hamilton IP Law, PC

201 West 2nd St. Suite 400

Davenport, Iowa 52801


Dated 03/26/2014

Respectfully submitted,

By Phillip Reinert

*Phillip Reinert* (signature)

604 Spruce St.

Cherokee, Iowa 51012

Telephone   712-229-0808