IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| TCYK, LLC, | ) |
| | ) |
| Plaintiff, | ) No. 13cv1020 EJM |
| | ) |
| vs. | ) ORDER |
| | ) |
| TIMOTHY REXIN, BRADY HIXON, JOSHUA DAVIDSON, JAMIE JENNINGS, JIHN FOX, MARY ELDER, ANTHONY THREATT, CHANHALA FOURNETHO, SHERYL DOONAN, PHILLIP REINERT, and TERRI EICHER, | ) |
| Defendants. | ) |

This matter is before the court on plaintiff's unresisted Motion to Dismiss with prejudice defendants John Fox, Sheryl Doonan and Jamie Jennings, filed March 6, 2014. Granted.

It is therefore

ORDERED

Granted.

April 10, 2014

Edward J. McManus, Judge
UNITED STATES DISTRICT COURT