IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| TCYK, LLC, | ) |
| *Plaintiff,* | ) |
| v. | ) Case No.: 2:13-cv-01020 |
| TIMOTHY REXIN, BRADY HIXSON, JOSHUA DAVIDSON, JAMIE JENNINGS, JOHN FOX, MARY ELDER, ANTHONY THREATT, CHANHALA FOURNETHO, SHERYL DOONAN, PHILLIP REINERT, and TERRI EICHER. | ) NOTICE OF APPEARANCE |
| *Defendants.* | |

COMES NOW the undersigned attorney, James W. Redmond of the Heidman Law Firm, L.L.P., and hereby submits this Appearance on behalf of Defendant, Phillip Reinert.

Dated this 25th day of April, 2014.

        HEIDMAN LAW FIRM, L.L.P.

        By: /s/ James W. Redmond
          JAMES W. REDMOND, AT0006566
          1128 Historic Fourth Street
          P.O. Box 3086
          Sioux City, IA 51102
          Phone: (712) 255-8838
          Fax: (712) 258-6714
          Jim.Redmond@heidmanlaw.com
        ATTORNEYS FOR PHILLIP REINERT

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause by depositing the same in the U.S. Mail, postage prepaid, to their respective mailing addresses disclosed on the pleadings or, in the event the party is represented by counsel, to their counsel; or notice of the filing of this instrument was sent by e-mail, via CM/ECF, to all parties on the service list who have registered to receive service by e-mail over CM/ECF, on April 25, 2014.

        /s/ James W. Redmond