# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF IOWA
### EASTERN DIVISION

|  |  |  |
|---|---|---|
| TCYK, LLC, | ) | |
| *Plaintiff,* | ) ) | |
| v. | ) ) | Case No.: 2:13-cv-01020 |
| TIMOTHY REXIN, BRADY HIXSON, JOSHUA DAVIDSON, JAMIE JENNINGS, JOHN FOX, MARY ELDER, ANTHONY THREATT, CHANHALA FOURNETHO, SHERYL DOONAN, PHILLIP REINERT, and TERRI EICHER. | ) ) ) ) ) ) ) | |
| *Defendants.* | | |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their

respective counsel that the above-captioned action against defendant  Phillip Reinert is

voluntarily dismissed, without prejudice pursuant to the Federal Rules of Civil Procedure

41(a)(1)(A)(ii).

DATED: April 25 2014


 _/s/ Jay R. Hamilton____
JAY R. HAMILTON
CHARLES A. DAMSCHEN
HAMILTON IP LAW, PC
201 W. 2nd Street, Suite 400
Davenport, IA 52801
Tel: (563)441-0207
Fax: (563) 823-4637

**ATTORNEYS FOR PLAINTIFF**

        _/s/ James W. Redmond__
James W. Redmond, AT0006566
Heidman Law Firm
1128 Historic 4th Street
P.O. Box 3086
Sioux City, Iowa 51102
Tel: (712)255-8838
Fax: (712)258-6714

**ATTORNEYS FOR DEFENDANT
PHILLIP REINERT**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Stipulation of Dismissal Without Prejudice was filed electronically on April 25, 2014. Notice of this filing will be sent to all parties by operation of the electronic filing system. Parties may access this filing through the Court's system.

 /s/  Jay R. Hamilton
One of the Attorneys for
TCYK, LLC