# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
# EASTERN DIVISION

| | |
|---|---|
| TCYK, LLC, ) <br> ) <br>    *Plaintiff,* ) <br> ) <br> v. ) <br> ) <br> TIMOTHY REXIN, BRADY HIXSON, ) <br> JOSHUA DAVIDSON, JAMIE JENNINGS, ) <br> JOHN FOX, MARY ELDER, ANTHONY ) <br> THREATT, CHANHALA FOURNETHO, ) <br> SHERYL DOONAN, PHILLIP REINERT, ) <br> and TERRI EICHER. ) <br> ) <br>    *Defendants.* | Case No.: 2:13-cv-01020 |

## PLAINTIFF'S DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), TCYK, LLC hereby dismisses *without prejudice* its claims against Chanhala Fournetho in this action.

Dated: May 8, 2014

                                                     Respectfully submitted,

                                                     /s/ Jay R. Hamilton
                                                   JAY R. HAMILTON
                                                   CHARLES A. DAMSCHEN
                                                   HAMILTON IP LAW, PC
                                                   201 W. 2nd Street, Suite 400
                                                   Davenport, IA 52801
                                                   Tel: (563) 441-0207
                                                   Fax: (563) 823-4637

                                                   **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of Plaintiff's Dismissal without Prejudice was filed electronically on May 8, 2014. Notice of this filing will be sent to all parties by operation of the electronic filing system. Parties may access this filing through the Court's system.

       /s/ Jay R. Hamilton
One of the Attorneys for
TCYK, LLC