IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| TCYK, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>BRADY HIXSON,<br>JOSHUA DAVIDSON,<br>CHANHALA FOURNETHO, and<br>TERRI EICHER,<br><br>    Defendants. | No. C13-1020<br><br>ORDER SETTING HEARING |

This matter comes before the Court on the Motion to Compel Compliance with Court Order (docket number 37) filed by the Plaintiff on April 24, 2014. Plaintiff asks the Court to order Defendant Joshua Davidson to meet and confer with counsel for Plaintiff in order to submit a proposed scheduling order and discovery plan. Davidson did not file a response to the motion, and the time for doing so has now expired. The Court finds the motion should be set for hearing.

### ORDER

IT IS THEREFORE ORDERED that the Motion to Compel Compliance (docket number 37) filed by the Plaintiff will come on for hearing on **May 29, 2014 at 9:00 a.m.** at the United States District Courthouse, Courtroom 3, 4th Floor, 111 7th Avenue SE, Cedar Rapids, Iowa. *The parties must appear personally at the time set for hearing.*

DATED this 14th day of May, 2014.

JON STUART SCOLES
CHIEF MAGISTRATE JUDGE
NORTHERN DISTRICT OF IOWA