IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| TCYK, LLC, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | Case No.: 2:13-cv-01020 |
| ) | |
| TIMOTHY REXIN, BRADY HIXSON, ) | |
| JOSHUA DAVIDSON, JAMIE JENNINGS, ) | |
| JOHN FOX, MARY ELDER, ANTHONY ) | |
| THREATT, CHANHALA FOURNETHO, ) | |
| SHERYL DOONAN, PHILLIP REINERT, ) | |
| and TERRI EICHER. ) | |
| | |
| *Defendants.* | |

## PLAINTIFF'S DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), TCYK, LLC hereby dismisses *without prejudice* its claims against Terri Eicher in this action.

Dated: May 28, 2014

Respectfully submitted,

/s/ Jay R. Hamilton
JAY R. HAMILTON
CHARLES A. DAMSCHEN
ALEXANDER JOHNSON
HAMILTON IP LAW, PC
201 W. 2nd Street, Suite 400
Davenport, IA 52801
Tel: (563) 441-0207
Fax: (563) 823-4637

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of Plaintiff's Dismissal without Prejudice was filed electronically on May 28, 2014. Notice of this filing will be sent to all parties by operation of the electronic filing system. Parties may access this filing through the Court's system.

    /s/ Jay R. Hamilton
One of the Attorneys for
TCYK, LLC