IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| TCYK, LLC, ) | |
| ) | |
|    *Plaintiff*, ) | |
| ) | |
| v. ) | Case No.: 2:13-cv-01020 |
| ) | |
| TIMOTHY REXIN, BRADY HIXSON, ) | |
| JOSHUA DAVIDSON, JAMIE JENNINGS, ) | |
| JOHN FOX, MARY ELDER, ANTHONY ) | |
| THREATT, CHANHALA FOURNETHO, ) | |
| SHERYL DOONAN, PHILLIP REINERT, ) | |
| and TERRI EICHER. ) | |
| | |
|    *Defendants.* | |

## PROPOSED STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel that the above-captioned action against defendant Joshua Davidson is voluntarily dismissed, without prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

DATED: May 28, 2014

/s/ Alexander Johnson  
ALEXANDER JOHNSON  
HAMILTON IP LAW, PC  
201 W. 2nd Street, Suite 400  
Davenport, IA 52801  
Tel: (563)441-0207  
Fax: (563) 823-4637  

**ATTORNEY FOR PLAINTIFF**

/s/ Joshua Davidson  
JOSHUA DAVIDSON  
5502 Kirkwood Blvd. SW, Apt 3  
Cedar Rapids, Iowa 52404  
Tel: (319) 462-3905  

**DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of Proposed Stipulation of Dismissal was filed electronically on May 28, 2014. Notice of this filing will be sent to all parties by operation of the electronic filing system. Parties may access this filing through the Court's system.

      /s/ Jay R. Hamilton
One of the Attorneys for
TCYK, LLC