# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
# EASTERN DIVISION

| | | |
|---|---|---|
| TCYK, LLC, | ) | |
|     *Plaintiff,* | ) ) ) | |
| v. | ) ) | Case No.: 2:13-cv-01020 |
| TIMOTHY REXIN, BRADY HIXSON, JOSHUA DAVIDSON, JAMIE JENNINGS, JOHN FOX, MARY ELDER, ANTHONY THREATT, CHANHALA FOURNETHO, SHERYL DOONAN, PHILLIP REINERT, and TERRI EICHER. | ) ) ) ) ) ) ) | |
|     *Defendants.* | | |

## PLAINTIFF'S DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), TCYK, LLC hereby dismisses *with prejudice* its claims against Brady Hixson in this action.

Dated: May 29, 2014

                                          Respectfully submitted,

                                          /s/ Jay R. Hamilton
                                        JAY R. HAMILTON
                                        CHARLES A. DAMSCHEN
                                        ALEXANDER JOHNSON
                                        HAMILTON IP LAW, PC
                                        201 W. 2nd Street, Suite 400
                                        Davenport, IA 52801
                                        Tel: (563) 441-0207
                                        Fax: (563) 823-4637

                                        **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of Plaintiff's Dismissal with Prejudice was filed electronically on May 29, 2014. Notice of this filing will be sent to all parties by operation of the electronic filing system. Parties may access this filing through the Court's system.

    /s/ Jay R. Hamilton
One of the Attorneys for
TCYK, LLC